IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>$25,500.00 IN UNITED STATES CURRENCY,<br><br>     Defendant. | 8:22CV370<br><br>STATUS REPORT AND CONSENT MOTION TO STAY PROCEEDINGS |

COMES NOW the Plaintiff, United States of America, and respectfully requests this Court stay this civil case pending the adjudication of a related criminal case involving the same $25,500 United States currency. In support of this Motion, the Plaintiff respectfully states as follows:

1. The $25,500.00 in United States currency at issue in the instant case is also subject to criminal forfeiture in *United States of America v. Dre'Shaun Burns*, Case No. 8:23CR120.

2. Undersigned Counsel makes the following professional representation to this Court: On January 30, 2025, Dre'Shaun Burns was sentenced in the aforementioned parallel criminal case 8:23CR120. (Filing No. 71). Pursuant to the plea agreement, Dre'Shaun Burns waived any and all rights to the United States currency seized in that case—including, the $25,500 in United States currency at issue in the instant civil matter. (Filing No. 57).

3. A Preliminary Order of Forfeiture was entered in the criminal case and has been published pursuant to 21 U.S.C. § 853(n)(1). (Filing No. 61).

4. Claimant was served with the Preliminary Order of Forfeiture on November 14, 2024, pursuant to the Return of Service filed by the United States Marshal Service. (Filing No. 63).

5. An ancillary hearing was scheduled in the parallel criminal case for May 22, 2025,

at 1:30 p.m. in front of Chief Judge Robert F. Rossiter Jr. to address the forfeiture matter. (Filing No. 73). On May 14, 2025, upon a joint motion of the parties, the ancillary hearing was rescheduled to July 28, 2025, in front of Chief Judge Rossiter. (Filing No. 77; *see also United States v. 25,500.00 in United States Currency*, 8:22-CV-370 at Filing No. 32).

WHEREFORE, the Plaintiff, United States of America, respectfully requests this Court stay this civil case pending the outcome of the ancillary hearing in the criminal case, *United States of America v. Dre'Shaun Burn*s, Case No. 8:23CR120.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney

By: s/ Mikala Purdy-Steenholdt
MIKALA PURDY-STEENHOLDT
(NY#5112289)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: Mikala.Purdy-Steenholdt@usdoj.gov

\

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Mikala Purdy-Steenholdt
Assistant U.S. Attorney
